UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
OLENICK, DEBRA

Case No.: 19-32262 (JKS)  
Chapter: 7  
Judge: JOHN K. SHERWOOD

### NOTICE OF PROPOSED ABANDONMENT

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable JOHN K. SHERWOOD on March 24, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3D. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 13 High Street<br>Andover, NJ 07821<br><br>Current Market Value: $170,000.00 |
|---|---|

| Liens on property: | $149,685.65 |
|---|---|

| Amount of equity claimed as exempt: | $20,314.35 |
|---|---|

Objections must be served on, and requests for additional information directed to:

NAME: /s/Jay L. Lubetkin, Chapter 7 Trustee  
FIRM NAME: Rabinowitz, Lubetkin & Tully, L.L.C.  
ADDRESS: 293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039  
TELEPHONE NO: (973) 597-9100  
SUBMITTED BY: Jay L. Lubetkin   POSITION: Chapter 7 Trustee   PHONE: (973)597-9100  
DATED: February 20, 2020

```
United States Bankruptcy Court
District of New Jersey
```

In re:                                                                  Case No. 19-32262-JKS
Debra Olenick                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Feb 21, 2020
                              Form ID: pdf905          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2020.
```
db              Debra Olenick,    13 High St,    Andover, NJ  07821-4501
518590423      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE  19886-5019)
518590424       Barclays Bank,    PO Box 13337,    Philadelphia, PA  19101-3337
518590425       Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE  19899-8803
518590427       Hackettstown Radiology Assoc.,    PO Box 655,    Hackettstown, NJ  07840-0655
518590428       Jerome F. O'Brien, Esq.,    175 Fairfield Ave,    West Caldwell, NJ  07006-6425
518590430       Macy's,    Bankruptcy Processing,    PO Box 8053,    Mason, OH  45040-8053
518590431       Mr. Cooper,    PO Box 619094,    Dallas, TX  75261-9094
518590432       Newton Medical Center,    PO Box 36458,    Newark, NJ  07188-6406
518590435       THD/CBNA,    PO Box 6217,    Sioux Falls, SD  57117-6217
518590436      +Valley National Bank,    31-00 Broadway,    Fair Lawn, NJ 07410-3955
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 22 2020 01:37:00      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 22 2020 01:36:55      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ  07102-5235
cr              E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 22 2020 01:36:28
                AmeriCredit Financial Services Inc.,    PO Box 183853,    Arlington, TX  76096
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2020 01:32:00
                Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
518590426       E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Feb 22 2020 01:36:28      GM Financial,
                PO Box 181145,    Arlington, TX  76096-1145
518590429       E-mail/Text: bncnotices@becket-lee.com Feb 22 2020 01:36:14      Kohl's/Capital One,
                PO Box 3115,    Milwaukee, WI  53201-3115
518593674      +E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2020 01:32:00      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518590433       E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2020 01:31:14      Synchrony Bank/Care Credit,
                Attn: Bankruptcy Dept.,    PO Box 965061,    Orlando, FL  32896-5061
518590434       E-mail/PDF: gecsedi@recoverycorp.com Feb 22 2020 01:32:47      Synchrony Bank/Walmart,
                Attn: Bankrupcy Dept.,    PO Box 965060,    Orlando, FL  32896-5060
                                                                                             TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2020 at the address(es) listed below:
```
              Chris H. Colabella    on behalf of Debtor Debra  Olenick susan@gruberlaw-nj.com,
               g30104@notify.cincompass.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com, NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```