| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Debra Olenick** | Social Security number or ITIN    xxx–xx–5002 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   19–32262–JKS | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Debra Olenick

3/13/20

**By the court:** <u>John K. Sherwood</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 19-32262-JKS
Debra Olenick                                                                 Chapter 7
                Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2              User: admin                Page 1 of 2              Date Rcvd: Mar 13, 2020
                                 Form ID: 318               Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2020.
db              Debra Olenick,    13 High St,    Andover, NJ  07821-4501
518590427       Hackettstown Radiology Assoc.,    PO Box 655,    Hackettstown, NJ  07840-0655
518590428       Jerome F. O'Brien, Esq.,    175 Fairfield Ave,    West Caldwell, NJ  07006-6425
518590431       Mr. Cooper,    PO Box 619094,    Dallas, TX  75261-9094
518590432       Newton Medical Center,    PO Box 36458,    Newark, NJ  07188-6406
518590436      +Valley National Bank,    31-00 Broadway,    Fair Lawn, NJ  07410-3955

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 14 2020 00:29:11      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 14 2020 00:29:07      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
cr              EDI: PHINAMERI.COM Mar 14 2020 03:48:00      AmeriCredit Financial Services Inc.,
                 PO Box 183853,    Arlington, TX  76096
cr             +EDI: RMSC.COM Mar 14 2020 03:48:00      Synchrony Bank, c/o PRA Recievables Management, LL,
                 POB 41021,    Norfolk, VA 23541-1021
518590423       EDI: BANKAMER.COM Mar 14 2020 03:48:00      Bank of America,    PO Box 15019,
                 Wilmington, DE  19886-5019
518590424       EDI: TSYS2.COM Mar 14 2020 03:48:00      Barclays Bank,    PO Box 13337,
                 Philadelphia, PA  19101-3337
518590425       EDI: TSYS2.COM Mar 14 2020 03:48:00      Barclays Bank Delaware,    PO Box 8803,
                 Wilmington, DE  19899-8803
518590426       EDI: PHINAMERI.COM Mar 14 2020 03:48:00      GM Financial,    PO Box 181145,
                 Arlington, TX  76096-1145
518590429       E-mail/Text: bncnotices@becket-lee.com Mar 14 2020 00:28:09      Kohl's/Capital One,
                 PO Box 3115,    Milwaukee, WI  53201-3115
518590430       EDI: TSYS2.COM Mar 14 2020 03:48:00      Macy's,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH  45040-8053
518593674      +EDI: RMSC.COM Mar 14 2020 03:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518590433       EDI: RMSC.COM Mar 14 2020 03:48:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept.,
                 PO Box 965061,    Orlando, FL  32896-5061
518590434       EDI: RMSC.COM Mar 14 2020 03:48:00      Synchrony Bank/Walmart,    Attn: Bankrupcy Dept.,
                 PO Box 965060,    Orlando, FL  32896-5060
518590435       EDI: CITICORP.COM Mar 14 2020 03:48:00      THD/CBNA,    PO Box 6217,
                 Sioux Falls, SD  57117-6217
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2020 at the address(es) listed below:
              Chris H. Colabella    on behalf of Debtor Debra  Olenick susan@gruberlaw-nj.com,
               g30104@notify.cincompass.com
              Denise E. Carlon    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Jay L. Lubetkin    jlubetkin@rltlawfirm.com,   NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com

District/off: 0312-2          User: admin               Page 2 of 2            Date Rcvd: Mar 13, 2020
                             Form ID: 318               Total Noticed: 20

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                 TOTAL: 5